BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SARAH QUIST (Cal. Bar No. 288264)
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorneys
Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-0609 | 3989
   Facsimile: (213) 894-7819
   E-mail: Sarah.Quist@usdoj.gov
         Joseph.Tursi@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY, UTILITY TREE SERVICE, and DOES 1 to 10,<br><br>Defendants. | No. 2:23-cv-07254-FLA-AJR<br><br>**JOINT STATUS REPORT**<br><br>Honorable Fernando L. Aenlle-Rocha<br>United States District Judge |

Pursuant to the Court's December 10, 2024 Order [Dkt. 35] requiring joint status reports every 90 days, the parties provide the following first status report regarding settlement in this matter.

The settlement agreement in this matter was fully executed as of May 14, 2025, and pursuant to the settlement agreement, all terms thereunder are required to be satisfied by July 13, 2025. Once the parties have satisfied their respective obligations under the settlement agreement, they will file a joint stipulation of dismissal and proposed dismissal order.

Dated: June 3, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　/s/ *Joseph W. Tursi*
SARAH QUIST
JOSEPH W. TURSI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

HUESTON HENNIGAN LLP

　/s/*Douglas J. Dixon*
Douglas J. Dixon*
Brandon Marsh

Attorneys for Defendant
Southern California Edison Company

CARLSON, CALLADINE & PETERSON LLP

/s/ *David Bona*
David Bona*
Colin C. Munro

Attorneys for Defendant
Utility Tree Service, LLC

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.